# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUARK DISTRIBUTION, INC.<br><br>            Plaintiffs<br><br>    v.<br><br>IMPAK CORPORATION<br><br>            Defendant. | C.A. No. 19-232-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by Plaintiff Quark Distribution, Inc. ("Plaintiff") and Defendant Impak Corporation (collectively, "Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all Plaintiff's claims for relief against Defendant in the above-captioned action are dismissed with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring such fees and expenses.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*

IT IS SO ORDERED this \_\_\_\_ day of May, 2019.

_____
The Honorable Richard G. Andrews
United States District Judge